**Tai C. Bogan (SB# 241784)**
**LAW OFFICES OF TAI C. BOGAN**
1202 "H" St., Suite D
Modesto, California 95354
Telephone: (209) 566-9591
Facsimile: (209) 566-9668
e-mail: taiboganlaw@gmail.com

**Sanjay S. Schmidt  SBN 247475**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1686 2nd Street, Suite 219
Livermore, CA 94550
Telephone: (925) 215-7733
Facsimile: (925) 455-2486
e-mail: sanjay.schmidt@gmail.com

Attorneys for Plaintiff
JERRY MOORE

**JOHN M. LUEBBERKE, City Attorney**
**(State Bar No. 164893)**
**NEAL C. LUTTERMAN, Deputy City**
**Attorney (State Bar No. 174681)**
**CITY OF STOCKTON**
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898
e-mail: neal.lutterman@stocktongov.com

Specially Appearing for purposes of this
Stipulation only on behalf of Defendants
CITY OF STOCKTON, PAUL DONA,
GREGORY DUNN, JEREMY EDENS,
THOMAS HULBURT, GERARDO MUNOZ,
TERESA WENTLAND, RICHARD
MADDERN, and TIMOTHY SWAILS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **JERRY MOORE**, <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF STOCKTON, a municipal corporation, STOCKTON POLICE OFFICERS Paul Dona, Individually, Gregory Dunn, Individually, Jeremy Edens, Individually, Thomas Hulburt, Individually, Gerardo Munoz, Individually, Teresa Wentland, Individually, STOCKTON POLICE SERGEANTS Richard Maddern and Timothy Swails, in their individual and supervisory capacities, and DOES 1 THROUGH 40, Jointly and Severally,** <br><br> Defendants. | Case No. 2:13-cv-02104-WBS-EFB <br><br> **ORDER GRANTING STIPULATED REQUEST TO STAY ACTION ON COMPLAINT PENDING CHAPTER 9 BANKRUPTCY PROCEEDINGS CONCERNING THE CITY OF STOCKTON AND TO VACATE SCHEDULING CONFERENCE** |

Having considered the parties' stipulation and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulated Request is granted.

In view of the Stipulation between the Plaintiff and the Defendant City of Stockton (Case No. 12-32118, Dkt. 1200), with the City of Stockton acting on behalf of all named Defendants in both their individual and official capacities, this action shall be stayed; the Plaintiff shall not be required to effect service on any of the Defendants until the automatic stay expires and the 120-day time period to serve the Complaint on Defendants shall commence at the expiration of the automatic stay that exists as a result of the pending Bankruptcy case. The Status (Pretrial Scheduling) Conference, previously set on October 11, 2013, scheduled for 2/3/14 at 2:00 p.m., before the Honorable Judge William B. Shubb in Courtroom No. 5 (Dkt. 4), is hereby VACATED. When the automatic stay expires, Plaintiff shall notify the Court and request that a Pretrial Scheduling conference be re-set on an appropriate date.

**IT IS SO ORDERED.**

Dated:  December 18, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO STAY CASE PENDING BANKRUPTCY PROCEEDINGS AND TO VACATE SCHEDULING CONFERENCE:
Case No. 2:13-cv-02104-WBS-EFB

2