**Tai C. Bogan (SB# 241784)**
**LAW OFFICES OF TAI C. BOGAN**
1202 "H" St., Suite D
Modesto, California 95354
Telephone: (209) 566-9591
Facsimile: (209) 566-9668
e-mail: taiboganlaw@gmail.com

**Sanjay S. Schmidt  SBN 247475**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1686 2nd Street, Suite 219
Livermore, CA 94550
Telephone: (925) 215-7733
Facsimile: (925) 455-2486
e-mail: sanjay.schmidt@gmail.com

*Attorneys for Plaintiff*,
JERRY MOORE

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **JERRY MOORE**,<br><br>       Plaintiff,<br><br>  vs.<br><br>**CITY OF STOCKTON, a municipal corporation, STOCKTON POLICE OFFICERS Paul Dona, Individually, Gregory Dunn, Individually, Jeremy Edens, Individually, Thomas Hulburt, Individually, Gerardo Munoz, Individually, Teresa Wentland, Individually, STOCKTON POLICE SERGEANTS Richard Maddern and Timothy Swails, in their individual and supervisory capacities, and DOES 1 THROUGH 40, Jointly and Severally,<br><br>      Defendants.** | **Case No. 2:13-cv-02104-WBS-EFB**<br><br><br>**ORDER ON PLAINTIFF'S REQUEST FOR SETTING OF PRETRIAL SCHEDULING CONFERENCE** |

1

2

Having received the Plaintiff's Notice of Expiration of the Automatic Stay and Request for the Setting of a Status (Pretrial Scheduling) Conference, and good cause appearing therefor,

3

4

5

IT IS HEREBY ORDERED that the Request is granted.  This matter is set for Status (Pretrial Scheduling) Conference on June 8, 2015 at 2:00 p.m.  A Joint Status Report shall be filed no later than May 26, 2015.

6

**IT IS SO ORDERED.**

7

8

9

Dated:  March 5, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25