**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
Telephone: (415) 563-8583
Facsimile: (415) 223-9717
e-mail: sanjay.schmidt@gmail.com

**Tai C. Bogan (SBN 241784)**
**THE BOGAN LAW FIRM**
1202 "H" St., Suite D
Modesto, California 95354
Telephone: (209) 566-9591
Facsimile: (209) 566-9668
e-mail: taiboganlaw@gmail.com

*Attorneys for Plaintiff*,
JERRY MOORE

**Ted Daniel Wood, Deputy City Attorney**
**(State Bar No. 191768)**
**Stockton City Attorney's Office**
425 N. El Dorado Street, Second Floor
Stockton, CA  95202
Telephone:  (209) 937-8914
Facsimile:  (209) 937-8898
e-mail: Ted.Wood@stocktongov.com

*Attorneys for Defendants*,
CITY OF STOCKTON, PAUL DONA,
GREGORY DUNN, JEREMY EDENS,
THOMAS HULBURT, GERARDO MUNOZ,
TERESA WENTLAND, RICHARD
MADDERN, and TIMOTHY SWAILS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| **JERRY MOORE**, <br><br> Plaintiff, <br><br> vs. <br><br> **CITY OF STOCKTON, a municipal corporation, STOCKTON POLICE OFFICERS Paul Dona, Individually, Gregory Dunn, Individually, Jeremy Edens, Individually, Thomas Hulburt, Individually, Gerardo Munoz, Individually, Teresa Wentland, Individually, STOCKTON POLICE SERGEANTS Richard Maddern and Timothy Swails, in their individual and supervisory capacities, and DOES 1 THROUGH 40, Jointly and Severally,** <br><br> Defendants. | **Case No. 2:13-cv-02104-WBS-EFB** <br><br> **STIPULATION AND [PROPOSED] ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: June 19, 2015    Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**
**and**
**THE BOGAN LAW FIRM**

*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
*Attorneys for Plaintiff*,
JERRY MOORE

Dated: June 19, 2015    Respectfully Submitted,

**STOCKTON CITY ATTORNEY'S OFFICE**

*/s/ Ted D. Wood* (as authorized on 06/18/15)[1]
by: TED D. WOOD
*Attorneys for Defendants*,
CITY OF STOCKTON, PAUL DONA, GREGORY DUNN, JEREMY EDENS, THOMAS HULBURT, GERARDO MUNOZ, TERESA WENTLAND, RICHARD MADDERN, and TIMOTHY SWAILS

**ORDER**

IT IS SO ORDERED.

Dated: June 19, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Local Rule 131(e), approval has been obtained from counsel to submit this document on counsel's behalf.

**Stipulation & [Proposed] Order for VDRP Referral: Case No. 2:13-cv-02104-WBS-EFB**

2