| | |
|---|---|
| **Sanjay S. Schmidt (SBN 247475)**<br>**LAW OFFICE OF SANJAY S. SCHMIDT**<br>1388 Sutter Street, Suite 810<br>San Francisco, CA 94109<br>Telephone: (415) 563-8583<br>Facsimile: (415) 223-9717<br>e-mail: ss@sanjayschmidtlaw.com<br><br>**Tai C. Bogan (SBN 241784)**<br>**THE BOGAN LAW FIRM**<br>1202 "H" St., Suite D<br>Modesto, California 95354<br>Telephone: (209) 566-9591<br>Facsimile: (209) 566-9668<br>e-mail: taiboganlaw@gmail.com<br>*Attorneys for Plaintiff*,<br>JERRY MOORE | **JOHN M. LUEBBERKE, City Attorney**<br>**State Bar No. 164893**<br>**TED WOOD, Deputy City Attorney**<br>**State Bar No. 191768**<br>**Stockton City Attorney's Office**<br>425 N. El Dorado Street, Second Floor<br>Stockton, CA  95202<br>Telephone:  (209) 937-8914<br>Facsimile:  (209) 937-8898<br>e-mail: Ted.Wood@stocktongov.com<br><br>*Attorneys for Defendants*,<br>CITY OF STOCKTON, PAUL DONA,<br>GREGORY DUNN, JEREMY EDENS,<br>THOMAS HULBURT, GERARDO MUNOZ,<br>TERESA WENTLAND, RICHARD<br>MADDERN, and TIMOTHY SWAILS |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY MOORE,<br><br>        Plaintiffs,<br><br>vs.<br><br>CITY OF STOCKTON, PAUL DONA,<br>GREGORY DUNN, JEREMY EDENS,<br>THOMAS HULBURT, RICHARD<br>MADDERN, GERARDO MUNOZ,<br>TIMOTHY SWAILS, TERESA<br>WENTLAND,<br><br>        Defendants. | Case No. 2-13-CV-02104-WBS-EFB<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE PER RULE 41(A)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE IN VIEW OF SETTLEMENT COMPLETION**<br><br><br>Complaint Filed: October 10, 2013 |

TO THE HONORABLE DISTRICT COURT:

In view of the completion of the settlement of this action and the receipt by Plaintiff of the consideration for settlement, the parties hereby stipulate, by and through their attorneys, that

---

1

the matter shall be dismissed in its entirety, with prejudice, each side to bear their own fees and costs.

Dated: March 31, 2016                          Respectfully Submitted,

                                          LAW OFFICE OF SANJAY S. SCHMIDT
and
THE BOGAN LAW FIRM


*/s/ Sanjay S. Schmidt*
By: SANJAY S. SCHMIDT
*Attorneys for Plaintiff*,
JERRY MOORE

Dated: March 31, 2016                          Respectfully Submitted,

JOHN M. LUEBBERKE
CITY ATTORNEY


*/s/ Ted Daniel Wood*[1]
By: TED DANIEL WOOD
DEPUTY CITY ATTORNEY
*Attorneys for Defendants*,
CITY OF STOCKTON, et al.

## **ORDER**

**PURSUANT TO THE STIPULATION OF THE PARTIES:**

    The Court hereby dismisses this entire action, as to all claims and all Defendants, with prejudice. Each party shall bear its own fees and costs as to this dismissal.

    IT IS SO ORDERED

Dated: April 1, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Per Local Rule 131(e), approval has been obtained from counsel to submit this document on counsel's behalf.

2

Stipulation and [Proposed] Order to Dismiss Entire Action With Prejudice Per FRCP 41(A)(2) In View of Settlement Completion